451 F.2d 561
 David BAYLESS et al., Plaintiffs-Appellants,
v.
Floyd MARTINE, Dean of Students, et al., Defendants-Appellees.
 No. 71-1580 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 22, 1971.
 
 Mark Levbarg, Brooks Holman, Austin, Tex., for plaintiffs-appellants.
 James C. McCoy, Asst. Atty. Gen., W. O. Shultz, Asst. Atty. Gen., Austin, Tex., Ernest Morgan, San Marcos, Tex., Edward Clark, Austin, Tex., for defendants-appellees.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Bayless v. Martine, 5 Cir. 1970, 430 F.2d 873, 880 (Thornberry, J. concurring). See Local Rule 21.[1]
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966